IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WYRICK, | No. C 13-5034 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| G. SWARTHOUT, Warden, | |
| Respondent. | (Dkt. 2) |

Petitioner, a state prisoner currently, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2001 state court conviction and sentence. Petitioner has challenged the same conviction and sentence in a number of prior federal habeas petitions. His first was denied on the merits. *Wyrick v. Newland,* No. 03-5623 JSW (PR) (N.D. Cal., Mar. 9, 2007). A later petition was dismissed because it did state grounds upon which federal habeas relief could be granted. *Wyrick v. Grounds*, No. 11-2109 JSW (PR) (N.D. Cal. July 6, 2011).

A successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the United States Court of Appeals for the Ninth Circuit. Even if Petitioner has new claims, he must still obtain the necessary authorization under

Section 2244(b) from the United States Court of Appeals before he may proceed. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. Petitioner has failed to make a substantial showing that a reasonable jurist would find this Court's denial of his claim on procedural grounds debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

The application to proceed in forma pauperis is GRANTED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 11, 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY L. WYRICK,

    Plaintiff,

  v.

SWARTHOUT et al,

    Defendant.

Case Number: CV13-05034 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy L. Wyrick
K76270
P.O. Box 4000
Vacaville, CA 95696

Dated: December 11, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk